DocuSign Envelope ID: BE34C8EA-9B15-4922-A30E-0E4875463AAD

Angelo J. Calfo
CALFO EAKES &
OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email:  angeloc@calfoeakes.com

HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLA YI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br><br> SK BAKERIES, LLC, a Washington Limited Liability Company, CINNABON FRANCHISOR SPV, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:18-cv-05627-RJB <br><br> STIPULATED MOTION TO DISMISS |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendants Cinnabon Franchisor SPV LLC and SK Bakeries, LLC and Plaintiff Kyla Yi ("Plaintiff") hereby STIPULATE AND AGREE that the above captioned action shall be dismissed with prejudice as to the Plaintiff's individual claims and dismissed without prejudice as to the claims of the putative class.

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

DocuSign Envelope ID: BE34C8EA-9B15-4922-A30E-0E4875463AAD

The parties have fully and finally resolved all claims that they have against each other and have entered into a written settlement agreement.  Each party shall bear its own costs, including attorneys' fees, except as may otherwise be expressly provided for in the parties' settlement agreement.

*SO STIPULATED*.

Respectfully submitted this ___3___ day of April, 2019.

CALFO EAKES & OSTROVSKY PLLC

By_____
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email:  angeloc@calfoeakes.com

PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
Robert A. Atkins *(Pro Hac Vice)*
Adam J. Bernstein *(Pro Hac Vice)*
1285 Avenue of the Americas
New York, NY  10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email:  ratkins@paulweiss.com
          abernstein@paulweiss.com

--and--

Daniel J. Howley *(Pro Hac Vice)*
2001 K Street, NW
Washington, DC  20006-1047
Phone: (202) 223-7372
Fax: (202) 204-7372
Email:  dhowley@paulweiss.com

*Attorneys for Defendant Cinnabon Franchisor SPV LLC*


ROBERTS JOHNS & HEMPHILL PLLC

By      *s/Michael K. Hemphill*
Michael W. Johns
Michael K. Hemphill
7525 Pioneer Way, Suite 202
Gig Harbor, WA 98335
Phone: (253) 858-8606
Fax: (253) 858-8646
Email: mike@rjh-legal.com
         mikeh@rjh-legal.com

*Attorneys for Defendant SK Bakeries, LLC*.


INDIA LIN BODIEN, ATTORNEY AT LAW

By
India Lin Bodien, WSBA# 44898
2522 North Proctor Street, #387
Tacoma, WA  98406-5338
Phone: (253) 212-7913
Fax: (253) 276-0081
Email:  india@indialinbodienlaw.com

--and--

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

DocuSign Envelope ID: BE34C8EA-9B15-4922-A30E-0E4875463AAD

By_____

Craig J. Ackermann, WSBA# 53330
Brian Denlinger, WSBA# 53177
ACKERMANN & TILAJEF, P.C.
2602 Birth Proctor Street, #205
Tacoma, WA  98406
Phone: (310) 277-0614
Fax: (310) 277-0635
Email:  cja@ackermanntilajef.com
   bd@ackermanntilajef.com

*Attorneys for Plaintiff Kyla Yi*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATED MOTION TO DISMISS
(NO. 3:18-cv-05627-RJB) - 4