Angelo J. Calfo
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email:  angeloc@calfoeakes.com

HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLA YI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br><br>SK BAKERIES, LLC, a Washington Limited Liability Company, CINNABON FRANCHISOR SPV, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:18-cv-05627-RJB<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

　　　The Court, having received the Stipulated Motion to Dismiss, hereby orders that the stipulated motion is GRANTED.  Pursuant to Rule 41(a)(1)(A)(ii), all claims in this matter are DISMISSED with prejudice as to the Plaintiff and dismissed without prejudice as to the putative class.

ORDER GRANTING STIPULATED MOTION TO DISMISS
(NO. 3:18-cv-05627-RJB) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1 | Dated this 23rd day of April, 2019.
2 |
3 |
4 | _____
5 | ROBERT J. BRYAN
    | United States District Judge
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |

ORDER GRANTING STIPULATED MOTION TO DISMISS
(NO. 3:18-cv-05627-RJB) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224